UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND

Civil Action No. 05-29-HRW

ROY F. HALL, PLAINTIFF,

v. **ORDER**

AK STEEL CORPORATION,
UNITED STEEL WORKERS OF AMERICA
DISTRICT 8 - LOCAL UNION # 1865,
and
TIM IMES, President of Union #1865, DEFENDANTS.

This matter is before the Court upon Defendant AK Steel Corporation's Motion for Summary Judgment [Docket No. 46] and United Steel Workers of America's Motion for Summary Judgment [Docket No. 48].

Pursuant to 28 U.S.C. §636(b), the undersigned referred the motions to the Honorable Edward B. Atkins, U.S. Magistrate Judge for the Eastern District of Kentucky, for initial consideration [Docket No. 55]. The Magistrate has since issued a Report and Recommendation that the Defendants' motions be sustained [Docket No. 56].

Plaintiff filed timely objections to the Report and Recommendation [Docket No. 57]. The Court having reviewed the Plaintiff's objections, as well as the record in this matter, finds nothing therein which would disturb the Magistrate Judge's findings. Indeed, the objections appear to reiterate the arguments set forth in Plaintiff's response to the dispositive motions.

After carefully considering the record, the Court finds the Report and Recommendation well taken and shall adopt the same as and for the Court's own opinion.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED,**

(1) that the Magistrate Judge's Report and Recommendation [Docket No. 56] is hereby **APPROVED AND ADOPTED** as and for the opinion of the Court,

(2) that in conformity therewith, Defendant AK Steel Corporation's Motion for Summary Judgment [Docket No. 46] and United Steel Workers of America's Motion for Summary Judgment [Docket No. 48] be **SUSTAINED**; and

(3) a judgment in favor of the Defendants will be entered contemporaneously herewith.

This 26th day of March, 2007.

Signed By:
Henry R. Wilhoit, Jr.
United States District Judge

Henry R. Wilhoit, Jr.
Senior U.S. District Judge